# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    CALIFORNIA

UNITED STATES OF AMERICA,
    Plantiff,
  V.

MIGUEL ALONSO MORALES-PERALES,
    Defendant.

**APPEARANCE**

Case Number: 08MJ2474

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for

 MIGUEL ALONSO MORALES-PERALES

 I certify that I am admitted to practice in this court. PRO HAC VICE.

| | |
|---|---|
| 8/13/2008 | /s/ LINDA LOPEZ |
| Date | Signature |
| | Linda Lopez/ Federal Defenders of SD   177301 |
| | Print Name    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City   State   Zip Code |
| | (619) 234-8467   (619) 687-2666 |
| | Phone Number   Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: August 13, 2008                                   /s/  Linda Lopez
                                                        LINDA LOPEZ
                                                        Federal Defenders of San Diego, Inc.
                                                        225 Broadway, Suite 900
                                                        San Diego, CA 92101-5030
                                                        (619) 234-8467  (tel)
                                                        (619) 687-2666  (fax)
                                                        e-mail: Linda_Lopez@fd.org